# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL OSATO EKENEZA<br>(A-Number 207619895) | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2306-S-BN |
| JIM SKINNER et al. | §<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 11, 2020.

_____
UNITED STATES DISTRICT JUDGE